# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| James David Nanney, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00171-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| David Boyle, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2023 Order.

August 14, 2023

_Katherine Hord Simon, Clerk_
United States District Court